```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

CITY OF LINCOLN,                )
                                )
            Plaintiff,           )         4:06CV3046
                                )
      v.                         )
                                )
LINCOLN LUMBER CO., and          )         ORDER
LANCASTER COUNTY,                )
                                )
            Defendants.          )
                                )
```

IT IS ORDERED:

Lincoln Lumber Company's oral motion to file an amended notice of removal to provide typed corrections to the caption, and to correct dates set forth in paragraph 1 of the original notice, is granted.

DATED this 6th day of March, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*

                              David L. Piester
                              United States Magistrate Judge