```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CITY OF LINCOLN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3046 |
| | ) | |
| v. | ) | |
| | ) | |
| LINCOLN LUMBER CO., and | ) | ORDER |
| LANCASTER COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Lincoln Lumber Company's oral motion to file an amended notice of removal to provide typed corrections to the caption, and to correct dates set forth in paragraph 1 of the original notice, is granted.

DATED this 6th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge