```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

CITY OF LINCOLN,            )
                            )
            Plaintiff,      )           4:06CV3046
                            )
      v.                    )
                            )
LINCOLN LUMBER CO., and     )           ORDER
LANCASTER COUNTY, NEBRASKA, )
                            )
            Defendants.     )
                            )

IT IS ORDERED:

The stipulation of the parties, filing 9, is granted and the cause of action against defendant Lancaster County, Nebraska, is dismissed without prejudice.

DATED this 16th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge