IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF LINCOLN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3046 |
| | ) | |
| v. | ) | |
| | ) | |
| LINCOLN LUMBER CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to file supplemental brief, filing 22, is granted and the proposed supplemental brief, filing 23, is deemed filed with leave of the court and will be considered.

DATED this 14th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge